585 A.2d 368

COGEN TECHNOLOGIES NJ VENTURE v. BOYCE
ENGINEERING INTERNATIONAL, INC.

September 4, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 268, 574 *A.*2d 1018)

585 A.2d 368

SUPERIOR AIR PRODUCTS CO. v. NL INDUSTRIES, INC.

September 4, 1990.

Petition for certification granted.

585 A.2d 368

RAYMOND H. BUCK v. SALLY S. SCHEIDEMANTEL.

September 4, 1990.

Petition for certification denied.

585 A.2d 368

LINDA BOMBACE v. THE CITY OF NEWARK.

September 4, 1990.

Petition for certification granted. (See 241 *N.J.Super.* 1, 574 *A.*2d 49)